No. 82–195. MUELLER ET AL. *v.* ALLEN ET AL. C. A. 8th Cir. [Certiorari granted, *ante*, p. 820.] Motions of Baptist Joint Committee on Public Affairs, Americans United for Separation of Church and State, National School Boards Association, and National Committee for Public Education and Religious Liberty et al. for leave to file briefs as *amici curiae* granted.

No. 82–215. UNITED STATES *v.* WHITING POOLS, INC. C. A. 2d Cir. [Certiorari granted, *ante*, p. 1033.] Motion of the parties to dispense with printing the joint appendix granted.

No. 82–492. SOLEM, WARDEN, SOUTH DAKOTA STATE PENITENTIARY *v.* HELM. C. A. 8th Cir. [Certiorari granted, *ante*, p. 986.] Motion for appointment of counsel granted, and it is ordered that John Joseph Burnett, Esquire, of Rapid City, S. D., be appointed to serve as counsel for respondent in this case.

No. 82–834. WALCK *v.* AMERICAN STOCK EXCHANGE, INC., ET AL. C. A. 3d Cir. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 82–5119. BELL *v.* UNITED STATES. C. A. 5th Cir. [Certiorari granted, *ante*, p. 1034.] Motion for appointment of counsel granted, and it is ordered that Roy W. Allman, Esquire, of Fort Lauderdale, Fla., be appointed to serve as counsel for petitioner in this case.